JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1486

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION*

*Centerprise International, Ltd. v. Micron Technology, Inc., et al.,* E.D. Pennsylvania, C.A. No. 2:05-2162

### CONDITIONAL TRANSFER ORDER (CTO-12)

On October 16, 2002, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, nine additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 16, 2002, 228 F.Supp.2d 1379 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-12)
## DOCKET NO. 1486
## IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION

Terrence A. Callan
Pillsbury Winthrop, LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

Jonathan M. Jacobson
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2524

Alexander F. MacKinnon
Kirkland & Ellis, LLP
777 South Figueroa Street
Suite 3700
Los Angeles, CA 90071

Ronald C. Redcay
Arnold & Porter, LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111-5630

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063

Joseph J. Tabacco, Jr.
Berman, DeValerio, Pease, Tabacco, Burt & Pucillo
425 California Street
Suite 2100
San Francisco, CA 94104